In the **UNITED STATES BANKRUPTCY COURT** for the
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| In re: | CASE NO. 18-19121-RAM<br>CHAPTER 11 |

1 Global Capital, LLC,

       Debtor.

_____/

1 Global Capital, LLC,

       Plaintiff,                      ADV. NO. 19-01504-RAM

vs.

Maurino Gonzalez
d/b/a Covenant Contractors, LLC,

       Defendant.

_____/

<u>AFFIDAVIT OF MAURINO GONZALEZ</u>

<u>IN SUPPORT OF MOTION TO SET ASIDE DEFAULT</u>

BEFORE ME, the undersigned notary, this day appeared Maurino Gonzalez, who being first placed under oath stated:

1. I am the Defendant named in the above titled action.

2. I have read the answer and affirmative defenses filed on my behalf in this action and I state that the factual statements made therein are true and correct to the best of my knowledge and ability.

3. Soon after the time I first received papers in this action, I was very upset and distracted by news that my father had cancer which greatly upset me because my mother had just passed away over the summer and of course our family was very shaken by those events. It seemed that I was rushing with matters in order to address what I then considered to be the more pressing needs of my family.

4. While I realize now that I should have very closely read the complaint and immediately hired counsel to represent me, I was under the mistaken belief that the pretrial date set by the court was the final date for responding to the complaint and thus I believed that I had up to

5. I had marked my calendar for the original pretrial date of December 10, 2019 and then remarked my calendar for the reset pretrial date of March 11, 2020.

6. When the originally set date for pretrial of December 10, 2019 came up on my calendar, I recalled that the date had been reset and verified the reset date, but decided at that time to start seeking out counsel to represent me at the March 11, 2020 pretrial.

7. On or about December 23, 2019 I was told by someone, which may have been Mr. Russo or another with whom I was corresponding, that the case had been closed just days before. Therefore, I believed that the case was terminated and that there was no longer any need for me to employ counsel to represent me.

8. Later, I received the Plaintiff's Motion for Default which confused me as I thought the case was closed. I immediately sought out counsel to set aside this default and to respond to the complaint on my behalf.

9. If a default final judgment is entered against me, I know that I will not be able to meet the payment for such a large judgment and would likely find myself considering the filing of bankruptcy relief as the judgment would exceed the profits anticipated for this year from the operation of the business.

I HAVE NOTHING FURTHER TO STATE AT THIS TIME.

_/s/ Maurino Gonzalez_
Maurino Gonzalez

STATE OF TEXAS ----

The foregoing instrument was acknowledged before me this 16 day of January, 2020, by Maurino Gonzalez. He is personally known to me or has produced OTK DL (type of identification presented - giving detail) as an identification and taken an oath.

RONETTE STRONG
Notary ID # 11593527
My Commission Expires
June 29, 2020
State of Texas at Large (Seal)

NOTARY PUBLIC
Sign _Ronette Strong_
Print _RONETTE STRONG_

My Commission Expires: 6/29/2020

> To avoid delay, this affidavit is being filed prior to counsel for the Defendant receiving the original affidavit. However, the motion and affidavit will be withdrawn if the original affidavit is not timely received by Defendant's counsel.